UNITED STATES DISTRICT COURT FOR

THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| ECO GOLD NUTRI & ORGANICS LLP,<br><br>Plaintiff,<br><br>v.<br><br>HIGH CALIBER TRANSLOADING &<br>STORAGE LLC,<br><br>Defendant. | Case No. 6:24-mc-00657-MTK<br><br>**ORDER TO WITHDRAW AND<br>DISBURSE FUNDS DEPOSITED<br>INTO THE REGISTRY OF THE<br>COURT TO DRIP CAPITAL,<br>INC.**<br>**(Interest-Bearing Account)** |

Funds were previously deposited with the Court pursuant to the Court's Order of November 19, 2024. (Dkt. 15). These funds were deposited into the interest-bearing Court Registry Investment System ("CRIS") administered by the Administrative Office of the United States Courts pursuant to 28 U.S.C. § 2045. (Dkt. 17). In accordance with the Stipulation (Dkt. 31-1), the funds previously deposited with the Clerk of Court shall be withdrawn and disbursed as follows:

1.    **CRIS Fee Assessment:** Pursuant to Standing Order No. 2016-11, a CRIS fee for the management of investments in the CRIS has been previously deducted from the interest earned on the funds deposited with the Court.

Page 1    ORDER TO WITHDRAW AND DISBURSE FUNDS DEPOSITED INTO THE REGISTRY
OF THE COURT TO DRIP CAPITAL, INC.

DCAPDX\6037767.v1

2.   **Payments:** The remaining funds shall be disbursed as follows:

    a.   Payee:  Drip Capital, Inc.

    b.   Percentage Distribution:  100% to Drip Capital, Inc. of the remaining funds (as to both principal and interest).

    c.   Payments shall be processed via electronic funds transfer to Drip Capital via the account provided by Drip Capital to the Court on the AO-213P form.

3.   The Clerk of Court, through the Financial Administrator, has pre-approved the form of this order pursuant to Local Rule 67-3(b).

4.   The Clerk of Court is absolved of any liability by compliance with this Order.

5.   It shall be counsel's responsibility to confirm that any action required of the Clerk of Court or her designee by this Order has been performed.

IT IS SO ORDERED.

DATED: _____, 2026.

_____
MUSTAFA T. KASUBHAI (He / Him)
United States District Judge

**For Court Use Only**

**APPROVED AS TO FORM:**
Melissa Aubin, Clerk of Court

_____
By:  Financial Administrator

Page 2     ORDER TO WITHDRAW AND DISBURSE FUNDS DEPOSITED INTO THE REGISTRY OF THE COURT TO DRIP CAPITAL, INC.

DCAPDX\6037767.v1

**CERTIFICATE OF SERVICE**

I certify that a true copy of **ORDER TO WITHDRAW AND DISBURSE FUNDS DEPOSITED INTO THE REGISTRY OF THE COURT TO DRIP CAPITAL, INC.** was served on:

| | |
|---|---|
| Eco Gold Nutri & Organics LLP<br>1321/1 Manishpuri Saket<br>302 Bhaskar Apartments<br>Indore (MP) 452001<br>India<br><br>    *Pro Se Plaintiff* | ☐ By hand delivery<br>☒ By first-class international mail*<br>☐ By overnight mail<br>☐ By facsimile transmission<br>   Fax #:<br>☒ **By email to:**<br>   enquiry@egnoindia.com<br><br>☐ By service through the eFiling ECF System |

**\***With postage prepaid and deposited in Portland, Oregon.

Dated: July 21, 2026.

       DUNN CARNEY ALLEN HIGGINS & TONGUE LLP

       *s/ April M. Stone*

       April M. Stone, OSB No. 200937
       Email: astone@dunncarney.com
       *Attorneys for Drip Capital, Inc.*

DCAPDX\6037767.v1